UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| 1209 VILLAGE WALK TRUST, LLC, | Case No. 2:15-cv-01903-MMD-PAL |
| Plaintiff, | ORDER |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

Before the court is the Amended Notice of Change of Status of Counsel of Record for Plaintiff/Counterdefendant 1209 Village Walk Trust, LLC (Dkt. #13) filed December 13, 2015. The notice states that attorney Vanessa S. Goulet is no longer associated with Alessi & Koenig, LLC and requests that attorney Steven T. Loizzi, Jr. of Alessi & Koenig be substituted in the place of Ms. Goulet.

Leave of court is required to allow an attorney to withdraw once an appearance has been made which requires notice to and the consent of the affected client.  See, LR IA 10-6(b).   Ms. Goulet is the only person from Alessi & Koenig who has made an appearance in this case. The court has no way of knowing whether the client retained and wishes to stay represented by the firm or retained and wishes to stay represented by the only  attorney who has appeared on the client's behalf.  As such, a notice is insufficient.  Accordingly,

**IT IS ORDERED** that the parties Notice of Status of Counsel (Dkt. #24) is **DENIED without prejudice**.  Counsel shall comply with LR 10-6 in further requests of this nature.

DATED this 15th day of December, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1