**SAO**
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
VATANA LAY, ESQ.
Nevada Bar No. 12993
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 1209 VILLAGE WALK TRUST, LLC,<br><br>Plaintiff,<br>v.<br><br>RANDY BROUSSARD, an individual; BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS, LP, a national banking association; DOE INDIVIDUALS I through X, ROE CORPORATIONS XI through XX inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01903-MMD-PAL<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |
| BANK OF AMERICA, N.A.,<br><br>Counterclaimant,<br>v.<br><br>1209 VILLAGE WALK TRUST, LLC,<br><br>Counterdefendant. | |
| BANK OF AMERICA, N.A.,<br><br>Crossclaimant,<br>v.<br><br>THE FALLS AT RHODES RANCH CONDOMINIUM OWNERS ASSOCIATION, INC.; ALESSI & KOENIG, LLC,<br><br>Cross-Defendants. | |

45456794;1

Bank of America, N.A. (**Bank of America**) and The Falls at Rhodes Ranch Condominium Owners Association (**HOA**), by and through their respective counsel, hereby stipulate and agree as follows:

On May 9, 2018, Bank of America filed its Motion for Summary Judgment, and on May 29, 2018, the HOA filed a response in opposition. Bank of America's reply is currently due on June 12, 2018. The parties agree that the deadline for Bank of America to file a reply in support of its motion for summary judgment shall be extended until July 18, 2018. The parties certify that this Stipulation is made in good faith and the extension is not for the purpose of undue delay or to cause prejudice to any party.

Dated this 11th day of June, 2018.

**AKERMAN LLP**

 */s/ Vatana Lay*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
VATANA LAY, ESQ.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A.*

Dated this 11th day of June, 2018.

**LIPSON, NEILSON, COLE, SELTZER & GARIN PC**

 */s/ Peter E. Dunkley*
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
PETER E. DUNKLEY, ESQ.
Nevada Bar No. 11110
9900 Covington Cross Dr., Suite 120
Las Vegas, Nevada 89144

*Attorneys for Cross-Defendant The Falls at Rhodes Ranch Condominium Owners' Association*

IT IS SO ORDERED.

Dated: June 11, 2018

_____
U.S. District Judge

45456794;1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of January, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **STIPULATION AND ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)**, addressed to:

Joseph P Garin, Esq.
Kaleb D. Anderson, Esq.
Megan H. Hummel, Esq.
Peter E. Dunkley, Esq.
**Lipson Neilson Cole Seltzer & Garin, P.C.**
9900 Covington Cross Dr., Ste. 120
Las Vegas, NV 89144

*Attorneys for Cross-Defendant Falls at Rhodes Ranch Condominium Owners' Association*

Steven T. Loizzi , Jr., Esq.
**HOA Lawyers Group, LLC**
9500 West Flamingo Rd., Ste. 204
Las Vegas, NV 89147

*Attorneys for Plaintiff*

Jeanette E. McPherson, Esq.
**Schwartzer & McPherson Law Firm**
2850 South Jones Blvd., Ste. 1100
Las Vegas, NV 89146

*Attorney for Trustee Shelly D. Krohn*

*/s/ Patricia Larsen*
An employee of AKERMAN LLP

**AKERMAN LLP**
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572