**SAO**
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
VATANA LAY, ESQ.
Nevada Bar No. 12993
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 1209 VILLAGE WALK TRUST, LLC,<br><br>Plaintiff,<br>v.<br><br>RANDY BROUSSARD, an individual; BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS, LP, a national banking association; DOE INDIVIDUALS I through X, ROE CORPORATIONS XI through XX inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01903-MMD-PAL<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSE TO THE FALLS AT RHODES RANCH CONDOMINIUM OWNERS ASSOCIATION INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |
| BANK OF AMERICA, N.A.,<br><br>Counterclaimant,<br>v.<br><br>1209 VILLAGE WALK TRUST, LLC,<br><br>Counterdefendant. | |
| BANK OF AMERICA, N.A.,<br><br>Crossclaimant,<br>v.<br><br>THE FALLS AT RHODES RANCH CONDOMINIUM OWNERS ASSOCIATION, INC.; ALESSI & KOENIG, LLC,<br><br>Cross-Defendants. | |

45699529;1

Bank of America, N.A. (**Bank of America**) and The Falls at Rhodes Ranch Condominium Owners Association, Inc. (**HOA**), by and through their respective counsel, hereby stipulate and agree Bank of America shall have up to July 18, 2018 to file its opposition to the HOA's motion for summary judgment [ECF No. 69], which is currently due on July 5, 2018. The HOA filed its motion for summary judgment on June 14, 2018.

The parties enter into this stipulation to address time constraints on BANA's counsel and due to the overlap between the issues in the response to the HOA's motion for summary judgment and BANA's reply in support of its motion for summary judgment. This is the first request for extension to file a response to the HOA's motion for summary judgment and is not intended to delay or prejudice any party.

Dated this 5th day of July, 2018.                                  Dated this 5th day of July, 2018.

**AKERMAN LLP**                                                    **LIPSON, NEILSON, COLE, SELTZER & GARIN PC**

*/s/ Vatana Lay*                                                   */s/ Peter E. Dunkley*
DARREN T. BRENNER, ESQ.                                            JOSEPH P. GARIN, ESQ.
Nevada Bar No. 8386                                                Nevada Bar No. 6653
VATANA LAY, ESQ.                                                   PETER E. DUNKLEY, ESQ.
Nevada Bar No. 12488                                               Nevada Bar No. 11110
1635 Village Center Circle, Suite 200                              9900 Covington Cross Dr., Suite 120
Las Vegas, Nevada 89134                                            Las Vegas, Nevada 89144

*Attorneys for Bank of America, N.A.*                              *Attorneys for Cross-Defendant The Falls at Rhodes Ranch Condominium Owners' Association*

IT IS SO ORDERED

_____
U.S. District Judge

DATED: July 9, 2018

**AKERMAN LLP**
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of July, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSE TO THE FALLS AT RHODES RANCH CONDOMINIUM OWNERS ASSOCIATION INC.'S MOTION FOR SUMMARY JUDGMENT**, addressed to:

| | |
|---|---|
| Joseph P Garin, Esq.<br>Kaleb D. Anderson, Esq.<br>Megan H. Hummel, Esq.<br>Peter E. Dunkley, Esq.<br>**Lipson Neilson Cole Seltzer & Garin, P.C.**<br>9900 Covington Cross Dr., Ste. 120<br>Las Vegas, NV 89144<br><br>*Attorneys for Cross-Defendant Falls at Rhodes Ranch Condominium Owners' Association* | Steven T. Loizzi, Jr., Esq.<br>**HOA Lawyers Group, LLC**<br>9500 West Flamingo Rd., Ste. 204<br>Las Vegas, NV 89147<br><br>*Attorneys for Plaintiff* |

Jeanette E. McPherson, Esq.
**Schwartzer & McPherson Law Firm**
2850 South Jones Blvd., Ste. 1100
Las Vegas, NV 89146

*Attorney for Trustee Shelly D. Krohn*

                                         */s/ Patricia Larsen*
                                         An employee of AKERMAN LLP

AKERMAN LLP
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572