Steven T. Loizzi, Jr., Esq.
Nevada Bar No. 10920
HOA LAWYERS GROUP, LLC
9500 W. Flamingo, Suite 204
Las Vegas, Nevada 89147
Phone: (702) 222-4033
Fax:    (702) 222-4043
steve@nrs116.com
*Attorney for Plaintiff/Counter-Defendant*
*1209 Village Walk Trust, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 1209 VILLAGE WALK TRUST, LLC, a Nevada trust,<br><br>Plaintiff,<br><br>vs.<br><br>RANDY BROUSSARD, an individual; BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS, LP, a national banking association; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS XI through XX inclusive,<br><br>Defendants. | Case No. 2:15-cv-01903-MMD-PAL<br><br>**STIPULATION TO EXTEND DEADLINE TO OPPOSE MOTION FOR SUMMARY JUDGMENT – SECOND REQUEST** |
| BANK OF AMERICA, N.A.,<br><br>Counterclaimant,<br><br>vs.<br><br>1209 VILLAGE WALK TRUST, LLC,<br><br>Counterdefendant. | |

1

## STIPULATION TO EXTEND DEADLINE TO OPPOSE MOTION FOR SUMMARY JUDGMENT – FIRST REQUEST

Plaintiff/Counter-Defendant, 1209 VILLAGE WALK TRUST, LLC, and Defendant/Counterclaimant, BANK OF AMERICA, N.A., by and through their respective counsel, hereby agree and stipulate as follows.

IT IS HEREBY AGREED AND STIPULATED that 1209 VILLAGE WALK TRUST, LLC shall have until August 10, 2018, to file its Opposition to Defendant/Counterclaimant's Motion for Summary Judgment.

IT IS FURTHER AGREED AND STIPULATED that BANK OF AMERICA, N.A. shall have an additional 30 days from the date of the Opposition deadline to file its Reply.

This is the first request to extend time for these documents. The parties are currently engaged in settlement discussions which have been productive and appear to be headed towards resolution. Plaintiff and Defendant desire this additional thirty days in the interest of judicial economy and in an effort to reduce costs to both Plaintiff and Defendant while they determine if resolution can be reached. This request is not intended for purpose of delay but to allow for continued settlement discussions.

DATED this  2nd  day of August, 2018.                    DATED this  2nd  day of August, 2018.

AKERMAN, LLP.                                            HOA LAWYERS GROUP, LLC

 /s/ *Vatana Lay*                                        /s/ *Steven Loizzi, Jr.*
Darren T. Brenner, Esq.                                  Steven Loizzi, Jr., Esq.
Nevada Bar No. 8386                                      Nevada Bar No. 10920
Vatana Lay, Esq.                                         9500 West Flamingo Road, Suite 204
Nevada Bar No. 12993                                     Las Vegas, Nevada  89147
1635 Village Center Cir., Ste. 200                       Phone: (702) 222-4033
Las Vegas, Nevada 89134                                  Fax: (702) 222-4043
*Attorneys for Bank of America, N.A.*                    *Attorney for 1209 Village Walk Trust, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2018, I caused service of a true and correct copy of the foregoing document to be made to be made electronically via the Case Management/Electronic Case Files (CM/ECF) system as follows:

Ariel E. Stern, Esq.
Vatana Lay, Esq.
Akerman, LLP
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000
Fax: (702) 380-8572
darren.brenner@akerman.com
vatana.lay@akerman.com
*Attorneys for Defendant/Counterclaimant Bank of America, N.A.*

                                                  */s/ Jona L. Lepoma*
                                                  An employee of HOA Lawyers Group, LLC

IT IS SO ORDERED

Dated: August 6, 2018

U.S. District Judge