DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| 1209 VILLAGE WALK TRUST, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> RANDY BROUSSARD, an individual; BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS, LP, a national banking association; DOE INDIVIDUALS I through X, ROE CORPORATIONS XI through XX inclusive, <br><br> Defendants. | Case No.: 2:15-cv-01903-MMD-PAL <br><br> **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| BANK OF AMERICA, N.A., <br><br> Counterclaimant, <br><br> v. <br><br> 1209 VILLAGE WALK TRUST, LLC, <br><br> Counterdefendant. | |
| BANK OF AMERICA, N.A., <br><br> Crossclaimant, <br><br> v. <br><br> THE FALLS AT RHODES RANCH CONDOMINIUM ASSOCIATION; ALESSI & KOENIG, LLC. <br><br> Crossdefendants. | |

1

47531188;1

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Bank of America, N.A. hereby provides notice that Vatana Lay, Esq. is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Bank of America, N.A., in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Darren T. Brenner, Esq. and Jared M. Sechrist, Esq.

DATED this 15th day of January, 2019

**AKERMAN LLP**

*/s/ Jared M. Sechrist*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Defendants Countrywide Home Loans, Inc., Bank of America, N.A., and Mortgage Electronic Registration Systems, Inc.*

## COURT APPROVAL

IT IS SO ORDERED.

Date: January 16, 2019

_____
UNITED STATES MAGISTRATE JUDGE

47531188;1